UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ELLIS,

          Plaintiff,

v.                                      CASE NO. 04-CV-71304-DT
                                       HON. ARTHUR J. TARNOW

JIMMY STEGALL,

          Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Arthur J. Tarnow, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

                                                      s/Arthur J. Tarnow
                                                    ARTHUR J. TARNOW
                                                    UNITED STATES DISTRICT JUDGE

DATED: August 11, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2005, by electronic and/or ordinary mail.

                                      s/Catherine A. Pickles
                                      For Theresa Taylor, Case Manager